

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRENCE GRAHAM,                    :
                                    :
            Plaintiff,              :        CIVIL ACTION NO. 14-1308
                                    :
    v.                              :        **FILED**
                                    :
XFINITY LIVE,                       :        JUN 2 4 2014
                                    :
            Defendant.              :        MICHAEL E. KUNZ, Clerk
                                             By_____Dep. Clerk

## ORDER

**AND NOW**, this 24th day of June, 2014, upon consideration of the Stipulation to Stay

Action Pending Arbitration, which was transmitted to the Clerk of Court via e-mail on May 27,

2014 and is attached to this Order, the Stipulation having been jointly executed by all counsel, it

is hereby **ORDERED** as follows:

1.      The Stipulation to Stay Action Pending Arbitration is **APPROVED**;

2.      The Motion to Dismiss the Complaint and Compel Arbitration filed by Defendant

(Doc. No. 9) is **DENIED** as moot;

3.      The above-captioned case is **STAYED** pending completion of the arbitration

proceedings or until further order of the Court;

4.      The Clerk is directed to place this case into **CIVIL SUSPENSE** pending

completion of the arbitration proceedings or until further order of the Court; and

5.      At the appropriate time, the parties shall jointly notify the Court that the

arbitration proceedings have concluded.

6-24-14   e-mailed

BY THE COURT:



_____
EDWARD G. SMITH, J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRENCE GRAHAM

     *Plaintiff,*

          vs.

XFINITY LIVE

     *Defendant.*

NO. 14-01308-EGS

CIVIL ACTION

### STIPULATION TO STAY ACTION PENDING ARBITRATION

Pursuant to Local Rule 7.4(b), it is hereby stipulated and agreed by counsel for the Plaintiff and Defendant that the Plaintiff consents to arbitration in this matter, to be governed by the American Arbitration Association ("AAA") Employment Arbitration Rules and Mediation Procedures. It is further stipulated that all expenses of the arbitrator, including required travel and other expenses, as well as costs relating to proof and witnesses produced at the direction of the arbitrator, shall be bourne by the Defendant. It is further stipulated that proceedings in this Court shall be stayed pending arbitration pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3.

**SO STIPULATED:**

KOLMAN ELY, P.C.

/s/ W. Charles Sipio
Timothy M. Kolman, Esquire
W. Charles Sipio, Esquire
414 Hulmeville Avenue
Penndel, PA 19047
(T) 215-750-3134 / (F) 215-750-3138

*Attorneys for Plaintiff*

JACKSON LEWIS LLP

/s/ Katharine Thomas Batista
John M. Nolan, Esquire
Andrew D. La Fiura, Esquire
Katharine Thomas Batista, Esquire
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
(T) 267-319-7802 / (F) 215-399-2249

*Attorneys for Defendant*

**APPROVED BY THE COURT:**

This _____ day of _____, 2014.

_____
EDWARD G. SMITH
United States District Judge

2